JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOE PUAC MENDEZ,<br><br>Petitioner,<br><br>v.<br><br>SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,<br><br>Respondents. | CASE NO. 5:26-cv-03901-DOC-SK<br><br>**JUDGMENT** |

Pursuant to the Order Conditionally Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that Petitioner NOE PUAC MENDEZ (A# 248-001-863) is to be released from ICE custody within seven days of that Order, unless Respondents provide Petitioner an individualized custody-redetermination hearing before an immigration judge under 8 U.S.C. § 1226(a).

DATED: August 20, 2026

David O. Carter

DAVID O. CARTER
United States District Judge